IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-02977-WYD-MJW

NEUROGRAFIX, a California corporation;
NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation;
IMAGE-BASED SURGICENTER CORPORATION, a California corporation,

      Plaintiffs,

v.

MEDTRONIC NAVIGATION, INC., a Delaware corporation; and
MEDTRONIC, INC., a Minnesota corporation,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      THIS MATTER comes before the Court on the Notice of Dismissal with Prejudice of Defendants Medtronic Navigation, Inc. and Medtronic, Inc. (ECF No. 25), filed February 26, 2013.   After carefully reviewing the above-captioned case, I find that this matter should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A).   Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

      Dated:    February 26, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge